AO 450 (Rev. 5/85)  Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

*****          DISTRICT OF   NEVADA

CASSIE KIRKENDOLL,

        Plaintiff,                    **JUDGMENT IN A CIVIL CASE**

   V.

                               CASE NUMBER:**3:09-cv-281-ECR-RAM**

ADAM GARCIA, an individual, TODD
RENWICK, an individual, NEVADA
SYSTEM OF HIGHER EDUCATION,
a State entity,

        Defendants.

___     **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___     **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

 X    **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that Defendants' motion for judgment on the pleadings (#5) is **GRANTED.**

    January 26, 2010                    **LANCE S. WILSON**
                                     Clerk

                                 /s/ D. R. Morgan
                                  Deputy Clerk